NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

IN RE CYCLOBENZAPRINE HYDROCHLORIDE
EXTENDED-RELEASE CAPSULE PATENT
LITIGATION

EURAND, INC. (NOW KNOWN AS APTALIS
PHARMATECH, INC.) AND ANESTA AG,
*Plaintiffs-Appellants,*

v.

ANCHEN PHARMACEUTICALS, INC. AND
ANCHEN, INC.,
*Defendants-Appellees.*

2011-1408, -1410, -1411, -1412

Appeals from the United States District Court for the District of Delaware in case no. 09-MD-2118, Judge Sue L. Robinson.

ON MOTION

ORDER

Upon consideration of the appellants' motion to withdraw these appeals, and the motion to revise the official caption,

It Is Ordered That:

(1) The motion to withdraw the appeals is granted. The appeals are dismissed.

(2) The motion to revise the caption is granted. The revised official caption is reflected above.

(3) Each side shall bear its own costs.

(4) Any other pending motions are denied as moot.

For The Court

AUG 3 1 2011

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: William J. Marsden, Jr., Esq.
Donald J. Mizerk, Esq.

s20

ISSUED AS A MANDATE:  AUG 3 1 2011

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 3 1 2011

JAN HORBALY
CLERK